UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CRAIG BRUCE McKINNEY,<br><br>  Plaintiff-Appellant,<br>v.<br><br>RICK MARTINEZ, individually and as an officer of Fire Extinguisher Service Center, LLC, *et al.*,<br><br>  Defendant-Appellee. | Case No. 3:16-cv-00448-MMD-VPC<br>Ninth Circuit Court of Appeals No. 17-15620<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on November 1, 2017, issued its judgment, and on November 24, 2017, issued its mandate thereon, and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

DATED THIS 29th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE